WINNIG

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS WILLIAMS )<br>)<br>Defendant. ) | CR. No. 20-CR 20210 -TLP<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(9) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 18, 2020, in the Western District of Tennessee, the defendant,

**DOUGLAS WILLIAMS**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus 9mm caliber pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about May 18, 2020, in the Western District of Tennessee, the defendant,

**DOUGLAS WILLIAMS**

knowing he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, that is, a Taurus 9mm caliber pistol, and the firearm was

in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(9).

                                                **TRUE BILL:**

                                                _____
                                                **FOREPERSON**

**DATED:** _____

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**